**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 18-7007

NOREL S. WARD,

        Plaintiff - Appellant,

    v.

HAROLD CLARKE, Dir. Dept. of Corrections,

        Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Leonie M. Brinkema, District Judge. (1:18-cv-00855-LMB-MSN)

Submitted: December 7, 2018           Decided: December 13, 2018

Before KING, DUNCAN, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Norel S. Ward, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Norel S. Ward appeals the district court's orders dismissing his civil action and denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Ward v. Clark*, No. 1:18-cv-00855-LMB-MSN (E.D. Va. Aug. 10, 2018; July 19, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*